IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY HARRIS,

    Petitioner,

v.                                      CASE NO. 1:07-cv-00258-MP-AK

JAMES R MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that Mr. Harris' petition was untimely filed by nearly two years. In his objection, at Doc. 9, Petitioner points out a second state collateral attack on his sentence which he claims tolled the statute of limitations. He indicates that he had not informed the Magistrate Judge of this other action. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

In light of this new information, the Report and Recommendation of the Magistrate Judge is rejected and the matter remanded to the Magistrate Judge to consider whether the second state collateral attack changes the timeliness analysis.

**DONE AND ORDERED** this *7th* day of March, 2008

                                    *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge