IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY HARRIS,

    Petitioner,

v.                                        CASE NO. 1:07-cv-258-MMP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Motion for Extension of Time to File Response.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Respondent shall file his response no later than **July 24, 2008**.  **No further extensions of time shall be granted Respondent absent a showing of exigent circumstances.**  Petitioner may file a reply no later than August 25, 2008.

    **DONE AND ORDERED** this 9th day of June, 2008.

                              S/A. Kornblum
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**