IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY HARRIS,

    Petitioner,

v.                                                                                  CASE NO. 1:07-cv-00258-MP-AK

JAMES R MCDONOUGH,
WALTER MCNEIL,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that the motion to dismiss the 28 U.S.C. § 2254 petition be denied and this matter stayed to allow the Petitioner to exhaust state remedies with regard to one of his claims. The time for filing objections has passed, and none have been filed. The Court agrees that a stay is appropriate in this case pursuant to Rhines v. Weber, 544 U.S. 269, 271, 277-78 (2005). Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The motion to dismiss, Doc. 18, is DENIED and the motion to stay, Doc. 20, is GRANTED. This cause is STAYED pending further order of the Court. Petitioner is ordered to file, within 30 days after the date of this order, an appropriate state court motion for post-conviction relief raising any issues, state and federal, related to his sentencing as a prison releasee re-offender. Also, Petitioner must file a Notice of Compliance in this Court advising that the state court motion has been filed. Petitioner is ordered to file, within 30 days after state court exhaustion is completed, a motion to lift the stay.

**DONE AND ORDERED** this  *20th*   day of November, 2008

                        *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge